PER CURIAM.
Appellant D.I. challenges the court’s order finding him guilty of grand theft, burglary of a conveyance, criminal mischief, and resisting arrest without violence; and adjudicating him delinquent based upon the finding that he committed the offenses of grand theft and burglary.[1] Holding that the state failed to produce sufficient evidence to support the convictions, we reverse. See R.M. v. State, 450 So.2d 897 (Fla. 3d DCA 1984); R.M. v. State, 412 So.2d 44 (Fla. 3d DCA 1982); R.A.L. v. State, 402 So.2d 1337 (Fla. 3d DCA 1981); B.L.W. v. State, 393 So.2d 59 (Fla. 3d DCA 1981). See also B.P. v. State, 515 So.2d 423 (Fla. 3d DCA 1987); C.P.P. v. State, 479 So.2d 858 (Fla 1st DCA 1985); J.K. v. State, 448 So.2d 71 (Fla. 3d DCA 1984).
Reversed and remanded with directions to discharge appellant.

. The court withheld adjudication as to criminal mischief and resisting arrest without violence.